**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ezra Huber, | No. CV-25-03826-PHX-SMB (JZB) |
| Petitioner, | |
| v. | **ORDER** |
| David R. Rivas, et al., | |
| Respondents. | |

By Order dated December 15, 2025, the Court directed Respondents to file periodic status reports on their efforts to effect Petitioner's removal. Respondents now report that Petitioner has been removed from the United States. (Docs. 16, 18). Accordingly, the Petition is now moot, and this action will be dismissed.

**IT IS THEREFORE ORDERED** that:

(1)    The Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed without prejudice**.

(2)    The Clerk of Court must **enter judgement** accordingly, and close this case.

Dated this 12th day of January, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge